UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LILIAN B. NAKU,<br><br>　　　　　　Plaintiff,<br>　　　v.<br><br>WORLD SAVINGS BANK, FSB, HOMEQ SERVICING CORPORATION, WACHOVIA BANK NATIONAL ASSOCIATION, GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, AND DOES AND ROES 1-100,<br><br>　　　　　　Defendants. | Case No.: 5:12-CV-01678-LHK<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

　　　　Plaintiff Lilian B. Naku filed a complaint in state court on March 5, 2012, which Defendant Wells Fargo Bank then removed to federal court on April 4, 2012. *See* ECF No. 1. On April 25, 2012, Wells Fargo filed a Motion to Dismiss Plaintiff's Complaint. *See* ECF No. 11. Pursuant to Civil Local Rule 7-3(a), Plaintiffs' opposition to the motion to dismiss was due on May 14, 2012. Plaintiff has not filed an opposition or statement of nonopposition to Defendant's motion to dismiss.

　　　　The hearing on the motion to dismiss set for September 13, 2012 is VACATED. The Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute. This Order does not authorize Plaintiff to file an untimely opposition to Defendant's motion to dismiss. Plaintiff has until June 20, 2012 to file a response to this Order to Show Cause.

1

Case No.: 12-cv-01678-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

A hearing on this Order to Show Cause is set for **Thursday, July 12, 2012 at 1:30 P.M.** Plaintiff's failure to respond to this Order and to appear at the July 12, 2012 hearing will result in dismissal with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 29, 2012

_____
LUCY H. KOH
United States District Judge