**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

11

12

13

14

15

16

17

| | |
|---|---|
| LILIAN B. NAKU,<br><br>                    Plaintiff,<br><br>      v.<br><br>WORLD SAVINGS BANK, FSB, HOMEQ<br>SERVICING CORPORATION, WACHOVIA<br>BANK NATIONAL ASSOCIATION, GOLDEN<br>WEST SAVINGS ASSOCIATION SERVICE<br>COMPANY, AND DOES AND ROES 1-100,<br><br>                    Defendants. | Case No.: 5:12-CV-01678-LHK<br><br>ORDER VACATING ORDER TO SHOW<br>CAUSE HEARING DATE |

18        This Court issued an order to show cause on May 29, 2012 because Plaintiff Lilian B. Naku

19   failed to file her opposition to Defendants' motion to dismiss or otherwise prosecute this action.

20   *See* ECF No. 13.  The hearing on the order to show cause is set for July 12, 2012 at 1:30 p.m.

21        Plaintiff subsequently filed a notice of voluntary dismissal without prejudice pursuant to

22   Federal Rule of Civil Procedure 41(a)(1)(A), which allows a plaintiff to dismiss an action "before

23   the opposing party serves either an answer or a motion for summary judgment."  Accordingly, the

24   hearing on the order to show cause is VACATED and the complaint is dismissed.  The Clerk shall

25   close the file.

26   **IT IS SO ORDERED.**

27   Dated: June 25, 2012

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

28

1

Case No.: 12-cv-01678-LHK
ORDER VACATING HEARING DATE