UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LILIAN B. NAKU, <br><br> Plaintiff, <br><br> v. <br><br> WORLD SAVINGS BANK, FSB, HOMEQ SERVICING CORPORATION, WACHOVIA BANK NATIONAL ASSOCIATION, GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, AND DOES AND ROES 1-100, <br><br> Defendants. | Case No.: 5:12-CV-01678-LHK <br><br> ORDER VACATING ORDER TO SHOW CAUSE HEARING DATE |

This Court issued an order to show cause on May 29, 2012 because Plaintiff Lilian B. Naku failed to file her opposition to Defendants' motion to dismiss or otherwise prosecute this action. *See* ECF No. 13. The hearing on the order to show cause is set for July 12, 2012 at 1:30 p.m.

Plaintiff subsequently filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), which allows a plaintiff to dismiss an action "before the opposing party serves either an answer or a motion for summary judgment." Accordingly, the hearing on the order to show cause is VACATED and the complaint is dismissed. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 25, 2012

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-cv-01678-LHK
ORDER VACATING HEARING DATE